UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 18-20518-CR-MARTINEZ-OTAZO-REYES**

UNITED STATES OF AMERICA,

vs.

EUGENE HILTON RUSSELL
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER came before the Court on Defendant's Motion to Suppress Statements [ECF No. 11]. The matter was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation [ECF No. 12]. After an evidentiary hearing, Magistrate Judge Otazo-Reyes filed a Report and Recommendation [ECF No. 34], recommending that Defendant's Motion to Suppress be GRANTED. This Court has reviewed the entire file and record, has made a *de novo* review of the issues that the Government's objections to the Report and Recommendations present [ECF No. 36], and is otherwise fully advised in the premises. The Court finds that the Government's objections are already addressed by Magistrate Otazo-Reyes' well-reasoned report. Accordingly, after careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation [ECF No. 34] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Defendant's Motion to Suppress [ECF No. 11] is **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this __16__ day of November, 2018.

                                                                     _____
                                                                     JOSE E. MARTINEZ
                                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record